IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL STAFFORD and TELEA STAFFORD, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:21-cv-3029-E-BN |
| WILLIMGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 TRUST and FAY SERVICING, LLC, | § § § § § § § § | |
| Defendants. | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. Defendants' Motion for Summary Judgment, (Doc. 15), is GRANTED. By separate judgment, Plaintiffs' claims will be DISMISSED with prejudice.

**SO ORDERED** this 31st day of January, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE